160

## Ernest Rehr, Appellee, v. Frank M. West, Appellant.
### Gen. No. 44,165.

Heard in the first division, first district, this court at the October term, 1947; opinion filed January 5, 1948; released for publication January 27, 1948. Wilhartz & Hirsch, for appellant; Samuel E. Hirsch and Warren Krinsky, of counsel; Marx Loehwing, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.

## Antoinette Palozzotto, Appellee, v. Chicago Transit Authority, Appellant.
### Gen. No. 44,175.

opinion filed January 5, 1948; released for publication January 27, 1948. Werner W. Schroeder, William S. Allen, Thomas F. Reilly and Arthur J. Donovan, for appellant; William J. Flaherty, of counsel; Arthur Rosenblum, for appellee; George Benedek, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.